**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No.: 00-624 ADM/AJB.

| | | |
|---|---|---|
| Erin Taylor Fine Art, Inc., Plaintiff, v. Art Renaissance, Inc., Defendant. | ) ) ) ) ) ) ) ) | **STIPULATION AND ORDER** |

## STIPULATION

PLEASE TAKE NOTICE that defendant Art Renaissance, Inc. has agreed to withdraw its Motion to Dismiss plaintiff's Complaint, without prejudice to its right to later bring a motion for summary judgment on the grounds identified in the Motion to Dismiss, or on other grounds. As a result, defendant Art Renaissance, Inc. and plaintiff Erin Taylor Fine Art, Inc., by and through their attorneys, agree and stipulate that the Court may enter its Order granting plaintiff's Motion to Amend its Complaint, and that plaintiff may file its amended complaint in the form set forth in the proposed amended complaint attached to plaintiff's Motion, dated April 6, 2000.

**HALLELAND LEWIS NILAN**
**SIPKINS & JOHNSON**

Teresa J. Kimker (#252736)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-4501
(612) 338-1838

ATTORNEYS FOR DEFENDANT
ART RENAISSANCE, INC.

FILED APR 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DN: 86199

**KAMPMEYER, KRONSCHNABEL & BADER**

Michael M. Bader (#120583)
Michelle D. Christensen (#23476X)
386 North Wabasha, Suite 1500
St. Paul, MN 55102
(651) 222-5000

ATTORNEYS FOR PLAINTIFF ERIN TAYLOR FINE ART, INC.

**ORDER**

Pursuant to the stipulation of counsel, as set forth above,

IT IS HEREBY ORDERED:

1. That defendant Art Renaissance, Inc.'s Motion to Dismiss is denied;
2. That plaintiff Erin Taylor Fine Art, Inc.'s Motion for leave to File an Amended Complaint is granted;
3. That defendant Art Renaissance, Inc. shall serve its Answer to Plaintiff's Amended Complaint within ten days of service of the Amended Complaint upon defendant's counsel.

Dated: April 24, 2000

Judge Ann D. Montgomery
United States District Court