**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

ERIN TAYLOR FINE ART, INC.,

Plaintiff,

v.

ART RENAISSANCE, INC.,

Defendant.

Civil No. 00-624 ADM/AJB

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: 5/18/00

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED MAY 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

CIVIL 00-624 ADM/JGL

Magistrate Judge Lebedoff is now the Magistratc on this case