UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-624 (ADM/JGL)

ERIN TAYLOR FINE ART, INC.,

Plaintiff,

v.

**PRETRIAL ORDER**

ART RENAISSANCE, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to November 1, 2000;

2. The period during which the parties may seek discovery shall be completed by February 1, 2001;

3. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 1, 2001;

4. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to March 1, 2001; and

5. This case will be considered "ready for trial" as of May 1, 2001.

DATED: June 26, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed 6-26-00
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________