**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Erin Taylor Fine Art, Inc.,

Plaintiff,

vs.

Art Renaissance, Inc.,

Defendant.

Court File No. 00-624 (ADM/JDL)

**ORDER**

Being fully advised in this matter and based upon the stipulated agreement of counsel to postpone the settlement conference in order to complete outstanding discovery,

IT IS HEREBY ORDERED that the settlement conference is postponed until November 28, 2000, beginning at 1:45 p.m.

Dated: October 11, 2000.

BY THE COURT

Jonathan Lebedoff
United States Magistrate Judge

FILED OCT 1 : 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Erin Taylor Fine Art, Inc.,

Plaintiff,

vs.

Art Renaissance, Inc.,

Defendant.

Court File No. 00-624 (ADM/JDL)

**STIPULATION**

Counsel for the plaintiff, Erin Taylor Fine Arts, and counsel for defendant, Art Renaissance, Inc., hereby stipulate and agree as follows:

WHEREAS the Court has scheduled a settlement conference to be held on October 14, 2000; and

WHEREAS the parties have been unable to complete necessary discovery due to the illness of one of plaintiff's principals; and

WHEREAS the parties agree that the completion of this discovery will make the settlement conference more productive and useful to the parties; and

WHEREAS, the parties expect that postponement of the settlement conference for approximately six weeks will enable the outstanding discovery to be completed; and

WHEREAS the parties can be available for a settlement conference on November 28, 2000, beginning at 1:45 p.m.

THEREFORE the parties to this action, by and through their counsel, hereby stipulate and request that the Court postpone the settlement conference until November 28, 2000, at 1:45 p.m., or to a date thereafter that is convenient for the Court.

Dated: October 10, 2000

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON

Teresa J. Kimker (#252736)
220 South Sixth Street
Suite 600
Minneapolis, Minnesota 55402
Telephone: (612) 338-1838

Attorneys for Defendant