UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil Court File No:00-624-ADM/AJB

Erin Taylor Fine Art Inc.,

Plaintiff,

vs.

Art Renaissance, Inc., a Delaware corporation, formerly known as Dyansen,

Defendant.

**ORDER FOR JUDGMENT**

---

This matter came on before the undersigned Magistrate Judge at a settlement conference on January 5, 2001. The parties appeared personally and through counsel. A settlement agreement was reached between the parties whereby Defendant agreed to pay the sum of Fifty Thousand Dollars ($50,000.00) and, in addition, deliver all right title and interest to certain fine art of Plaintiff's choosing valued (at wholesale) at Sixty-Five Thousand Dollars ($65,000.00). The Parties further agreed that Defendant would pay Plaintiff the $50,000.00 by monthly installments of $2,000.00 commencing on January 10, 2001, and thereafter on the 10th of each month until fully paid. Defendant further agreed that in the event of default of any installment payment for more than ten (10) days, that judgment could be entered against the Defendant and in favor of Plaintiff in the sum of $115,000 less any payments previously made.

Based on the Affidavit of Michael M. Bader dated April 26, 2001 and pursuant to the terms of the Confession of Judgment and the parties' settlement agreement announced at the pretrial conference on January 5, 2001, the Defendant is in default by failing to make payments due in February, March, and April, 2001. Further, Defendant's counsel, by letter to this court, dated June 14, 2001, advised that Defendant did not oppose entering of Default Judgment in the sum of $113,000.

NOW THEREFORE IT IS HEREBY ORDERED:

1. Plaintiff shall have judgment against Defendant in the sum of One Hundred Thirteen Thousand Dollars and no cents ($113,000.00) together with interest on said judgment at the legal rate.

2. There being no just reason for delay, let judgment be entered accordingly and forthwith by the clerk of this court.

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 16 2001
DEPUTY CLERK

Dated: June 28, 2001

The forgoing was found after due hearing and judgment by default is hereby recommended.

Magistrate Judge Jonathan Lebedoff

LET JUDGMENT BE ENTERED ACCORDINGLY.

The Honorable Ann Montgomery